# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**

AUG – 7 2009



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| **United States of America** <br> vs. <br> Amporn Pasasouk | **Case No.** 1:09CR0047 LJO |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____ Amporn Pasasouk _____, have discussed with _____ Montgomery L. Olson _____, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to be placed in the custody of LaGanda Johnson shall be removed.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

| X Amporn Pasasouk | X 8-7-09 | Montgomery L. Olson | 8-7-09 |
|---|---|---|---|
| Signature of Defendant | Date | Pretrial Services Officer | Date |

I have reviewed the conditions and concur that this modification is appropriate.

| | 8/7/09 |
|---|---|
| Signature of Assistant United States Attorney | Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| | 8-7-09 |
|---|---|
| Signature of Defense Counsel | Date |

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  8/7/09 .

[ ] The above modification of conditions of release is *not* ordered.

| | 8/7/09 |
|---|---|
| Signature of Judicial Officer | Date |

cc:     U.S. Attorney's Office, Defense Counsel, Pretrial Services