```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:09-CR-0047 LJO |
| Plaintiff, | |
| v. | STIPULATION RE: CONTINUANCE AND ORDER |
| AMPORN PASASOUK, | |
| Defendant. | |

Defendant AMPORN PASASOUK, by and through his attorney, STEVEN LEON CRAWFORD, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

1. The parties to the above-captioned matter agree to vacate the January 15, 2010, sentencing date and reset it for February 19, 2010, at 9:00 a.m. The parties further agree that the filing of any sentencing memoranda will be on or before February 8 and the filing of any response will be February 16.

1

2. The parties stipulate that the continuance is necessitated by the defense attorney's computer failure and need for defendant to arrange for the care of her children by her mother in Texas.

DATED: January 12, 2010

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney

/s/ Steven L. Crawford
STEVEN L. CRAWFORD
Attorney for Defendant
AMPORN PASASOUK

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing date of January 15, 2010, is hereby vacated and reset for February 19, 2010, at 9:00 a.m.

IT IS FURTHER THE ORDER of the Court that any sentencing memoranda shall be filed on or before February 8 and the filing of any response shall be on or before February 16, 2010.

IT IS SO ORDERED.

**Dated:    January 12, 2010**            /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE