# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
JAN 15 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America )
vs. ) Case No. 1:09CR00047 LJO
Amporn Pasasouk )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Amporn Pasasouk____, have discussed with ____Montgomery L. Olson____, Pretrial Services Officer, modifications of my release conditions as follows:

The conditions requiring the defendant to participate in the Curfew component of the home confinement program; and, requiring her to be subject to passive GPS tracking, shall be removed.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Amporn Pasasouk_  1-14-10      _Montgomery L. Olson_  1-14-10
Signature of Defendant   Date      Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_Karen Escobar_                   1/15/10
Signature of Assistant United States Attorney     Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____           1/14/10
Signature of Defense Counsel      Date

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on  1/15/2010
☐ The above modification of conditions of release is *not* ordered.

_____           1/15/2010
Signature of Judicial Officer     Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services