```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:09-CR-047 LJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION RE: |
| | ) | CONTINUANCE AND ORDER |
| AMPORN PASASOUK, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   Defendant AMPORN PASASOUK, by and through her attorney, STEVE CRAWFORD, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby enter into the following stipulation:

   1. The parties to the above-captioned matter agree to vacate the March 4, 2010, sentencing date and reset the matter for May 7, 2010, at 9:00 a.m.

////

////

////

////

1

2. The parties stipulate that the continuance is necessitated to effect the modified terms of the defendant's plea agreement.

DATED: February 23, 2010

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Karen A. Escobar
  KAREN A. ESCOBAR
Assistant U.S. Attorney

/s/ Steve Crawford
STEVE CRAWFORD
Attorney for Defendant
AMPORN PASASOUK

O R D E R

Having read and considered the foregoing stipulation,

IT IS THE ORDER of the Court that the current sentencing date of March 4, 2010, is hereby vacated and is reset for May 7, 2010, at 9:00 a.m.

IT IS SO ORDERED.

**Dated: February 25, 2010**      /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

2